**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Diane R. Oliver                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 18-15842 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PHFA and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
18 Mar 2021, 11:28:01, EDT

                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 627-1322