| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 18-15842-AMC

DIANE R  OLIVER
112 E WELLENS AVENUE
PHILADELPHIA  PA    19120

Petition Filed Date: 09/05/2018
341 Hearing Date: 10/12/2018
Confirmation Date: 05/29/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2020 | $400.00 | 26447157101 | 02/03/2020 | $491.00 | | 03/02/2020 | $491.00 | |
| 04/28/2020 | $491.00 | | 05/12/2020 | $491.00 | | 06/02/2020 | $1,557.00 | |
| 07/09/2020 | $491.00 | | 08/17/2020 | $491.00 | | 09/18/2020 | $491.00 | |
| 09/29/2020 | $491.00 | | 11/23/2020 | $491.00 | | 12/16/2020 | $491.00 | |
| 01/20/2021 | $491.00 | | 03/01/2021 | $491.00 | | 03/29/2021 | $491.00 | |
| 04/12/2021 | $491.00 | | 04/26/2021 | $982.00 | | 06/08/2021 | $490.00 | |

**Total Receipts for the Period: $10,303.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,256.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $520.59 | $0.00 | $520.59 |
| 8 | ASHLEY FUNDING SVCS LLC »» 008 | Unsecured Creditors | $279.00 | $0.00 | $279.00 |
| 5 | QUANTUM3 GROUP LLC as agent for »» 005 | Unsecured Creditors | $789.88 | $0.00 | $789.88 |
| 6 | QUANTUM3 GROUP LLC as agent for »» 006 | Unsecured Creditors | $49.98 | $0.00 | $49.98 |
| 7 | QUANTUM3 GROUP LLC as agent for »» 007 | Unsecured Creditors | $498.48 | $0.00 | $498.48 |
| 10 | DEPARTMENT STORE NATIONAL BANK »» 010 | Unsecured Creditors | $312.95 | $0.00 | $312.95 |
| 1 | MERRICK BANK »» 001 | Unsecured Creditors | $1,612.69 | $0.00 | $1,612.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $654.14 | $0.00 | $654.14 |
| 11 | CITY OF PHILADELPHIA (LD) »» 011 | Secured Creditors | $1,282.18 | $775.55 | $506.63 |
| 12 | CITY OF PHILADELPHIA (LD) »» 012 | Secured Creditors | $243.38 | $133.76 | $109.62 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $525.50 | $0.00 | $525.50 |
| 2 | ROSWELL PROPERTIES, LLC, LTD »» 002 | Mortgage Arrears | $15,000.00 | $9,072.81 | $5,927.19 |
| 13 | DAVID M OFFEN ESQUIRE »» 013 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 18-15842-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,256.00 | Current Monthly Payment: | $491.00 |
| Paid to Claims: | $13,482.12 | Arrearages: | $1.00 |
| Paid to Trustee: | $1,319.43 | Total Plan Base: | $28,514.00 |
| Funds on Hand: | $454.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.