Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-15842-AMC**

DIANE R OLIVER  
112 E WELLENS AVENUE  
PHILADELPHIA  PA    19120

Petition Filed Date: 09/05/2018  
341 Hearing Date: 10/12/2018  
Confirmation Date: 05/29/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $491.00 | | 04/26/2021 | $982.00 | | 06/08/2021 | $490.00 | |
| 07/02/2021 | $491.00 | | 08/02/2021 | $491.00 | 8/2/2021 | 09/14/2021 | $494.00 | |
| 09/28/2021 | $491.00 | | 11/08/2021 | $491.00 | | 12/06/2021 | $491.00 | |
| 01/03/2022 | $491.00 | | 01/31/2022 | $491.00 | | 03/01/2022 | $491.00 | |
| 03/28/2022 | $491.00 | | 05/09/2022 | $491.00 | | 06/14/2022 | $491.00 | |
| 07/05/2022 | $491.00 | | | | | | | |

**Total Receipts for the Period: $8,349.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,642.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP  »» 003 | Unsecured Creditors | $520.59 | $0.00 | $520.59 |
| 8 | ASHLEY FUNDING SVCS LLC  »» 008 | Unsecured Creditors | $279.00 | $0.00 | $279.00 |
| 5 | QUANTUM3 GROUP LLC as agent for  »» 005 | Unsecured Creditors | $789.88 | $0.00 | $789.88 |
| 6 | QUANTUM3 GROUP LLC as agent for  »» 006 | Unsecured Creditors | $49.98 | $0.00 | $49.98 |
| 7 | QUANTUM3 GROUP LLC as agent for  »» 007 | Unsecured Creditors | $498.48 | $0.00 | $498.48 |
| 10 | DEPARTMENT STORE NATIONAL BANK  »» 010 | Unsecured Creditors | $312.95 | $0.00 | $312.95 |
| 1 | MERRICK BANK  »» 001 | Unsecured Creditors | $1,612.69 | $0.00 | $1,612.69 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT  »» 004 | Unsecured Creditors | $654.14 | $0.00 | $654.14 |
| 11 | CITY OF PHILADELPHIA (LD)  »» 011 | Secured Creditors | $1,282.18 | $1,262.54 | $19.64 |
| 12 | CITY OF PHILADELPHIA (LD)  »» 012 | Secured Creditors | $243.38 | $232.99 | $10.39 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES  »» 009 | Unsecured Creditors | $525.50 | $0.00 | $525.50 |
| 2 | ROSWELL PROPERTIES, LLC, LTD  »» 002 | Mortgage Arrears | $15,000.00 | $14,770.17 | $229.83 |
| 13 | DAVID M OFFEN ESQUIRE  »» 013 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

**Chapter 13 Case No. 18-15842-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,642.00 | Current Monthly Payment: | $491.00 |
| Paid to Claims: | $19,765.70 | Arrearages: | $489.00 |
| Paid to Trustee: | $1,869.65 | Total Plan Base: | $28,514.00 |
| Funds on Hand: | $6.65 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.