```
DIANE R OLIVER
112 E WELLENS AVE
PHILADELPHIA          PA 19120-3522
```

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ACCOUNT HISTORY

THIS IS ACTUAL ESCROW ACTIVITY IN YOUR ESCROW ACCOUNT FROM
10/13/21 THROUGH 11/30/21.

```
              ACTUAL         ACTUAL                                        ACTUAL
              ESCROW         ESCROW                                        ESCROW
MO/YR         DEPOSIT        PAYMENTS    DESCRIPTION                       BALANCE
STARTING BALANCE ...................................................      394.83-
10/21          210.33                                                      184.50-
11/21                         8.91       RBP MIP                           193.41-
```

THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
12/01/21 THROUGH 11/30/22.
YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
       511.46 OF WHICH       313.39 WAS FOR PRINCIPAL AND INTEREST
AND       198.07 WENT INTO YOUR ESCROW ACCOUNT.

```
         PROJ    ACTUAL    PROJ                       ACTUAL      PROJ      ACTUAL
         ESCROW  ESCROW    ESCROW                     ESCROW      ESCROW    ESCROW
MO/YR    DEPOSIT DEPOSIT   PAYMENTS DESCRIPTION       PAYMENTS    BALANCE   BALANCE
STARTING BALANCE ....................................             567.45    193.41-
12/21    198.07  420.66 *    8.91 RBP MIP                  *      756.61    227.25
12/21                             RBP MIP              8.91*      756.61    218.34
01/22    198.07         *    8.91 RBP MIP                  *      945.77    218.34
01/22                             RBP MIP              8.91*      945.77    209.43
02/22    198.07  210.33 *    8.91 RBP MIP                  *     1134.93    419.76
02/22                             RBP MIP              8.91*     1134.93    410.85
02/22                             CITY TAX           862.28*     1134.93    451.43-
03/22    198.07  630.99 *    8.91 RBP MIP                  *     1324.09    179.56
03/22                      862.28 CITY TAX                 *      461.81    179.56
```

# EXHIBIT A

| MO/YR | PROJ ESCROW DEPOSIT | ACTUAL ESCROW DEPOSIT | PROJ ESCROW PAYMENTS | DESCRIPTION | ACTUAL ESCROW PAYMENTS | PROJ ESCROW BALANCE | ACTUAL ESCROW BALANCE |
|---|---|---|---|---|---|---|---|
| 03/22 |        |          |         | RBP MIP | 8.91*   | 461.81  | 170.65   |
| 04/22 | 198.07 | 210.33 * | 8.91    | RBP MIP | *       | 650.97  | 380.98   |
| 04/22 |        |          |         | RBP MIP | 8.91*   | 650.97  | 372.07   |
| 05/22 | 198.07 |        * | 8.91    | RBP MIP | *       | 840.13  | 372.07   |
| 05/22 |        |          |         | RBP MIP | 8.91*   | 840.13  | 363.16   |
| 06/22 | 198.07 | 396.14 * | 8.91    | RBP MIP | *       | 1029.29 | 759.30   |
| 06/22 |        |          |         | RBP MIP | 8.91*   | 1029.29 | 750.39   |
| 07/22 | 198.07 |        * | 8.91    | RBP MIP | *       | 1218.45 | 750.39   |
| 07/22 |        |          |         | RBP MIP | 8.91*   | 1218.45 | 741.48   |
| 07/22 |        |          |         | HAZARD  | 1746.03*| 1218.45 | 1004.55- |
| 08/22 | 198.07 | 396.14 * | 8.91    | RBP MIP | *       | 1407.61 | 608.41-  |
| 08/22 |        |          | 1407.61 | HAZARD  | *       | .00     | 608.41-  |
| 08/22 |        |          |         | RBP MIP | 8.91*   | .00     | 617.32-  |
| 09/22 | 198.07 | 198.07   | 8.91    | RBP MIP | 8.91    | 189.16  | 428.16-  |
| 10/22 | 198.07 | 1188.42 *Y | 8.91  | RBP MIP | *Y      | 378.32  | 760.26   |
| 10/22 |        |          |         | RBP MIP | 7.99*   | 378.32  | 752.27   |
| 11/22 | 198.07 | 198.07 Y | 8.91    | RBP MIP | 7.99*Y  | 567.48  | 942.35   |

LAST YEAR, WE ANTICIPATED THAT PAYMENTS FROM YOUR ACCOUNT WOULD BE
MADE DURING THIS PERIOD EQUALING    2,376.81. UNDER FEDERAL LAW,
YOUR LOWEST MONTHLY BALANCE SHOULD NOT HAVE EXCEEDED        378.32
(NO MORE THAN TWICE LAST YEARS PROJECTED MONTHLY ESCROW PAYMENT),
UNLESS YOUR MORTGAGE CONTRACT OR STATE LAW SPECIFIES A LOWER AMOUNT.
UNDER YOUR MORTGAGE CONTRACT AND STATE LAW, YOUR LOWEST MONTHLY
BALANCE SHOULD NOT HAVE EXCEEDED              .00.

AN ASTERISK (*) INDICATES A DIFFERENCE FROM A PREVIOUS ESTIMATE
EITHER IN THE DATE OR THE AMOUNT. IF YOU WANT A FURTHER EXPLANATION,
PLEASE CALL OUR TOLL-FREE NUMBER.

```
                              ACCOUNT PROJECTION


        MORTGAGE INS           :           95.88
        CITY TAX               :          862.28
        HAZARD INS             :        1,746.03
        ----------------------------------------
        ANNUAL DISBURSEMENTS   :        2,704.19
                2,704.19 / 12 =            225.35 ESCROW PAYMENT


        PAYMENTS       PAYMENTS                      CURRENT BAL    REQUIRED BAL
MO/YR   TO             FROM        DESCRIPTION       PROJECTION     PROJECTION
BALANCE AS OF 11/30/22.........................         942.35          652.07
12/22     225.35          7.99     RBP MIP            1,159.71          869.43
01/23     225.35          7.99     RBP MIP            1,377.07        1,086.79
02/23     225.35          7.99     RBP MIP            1,594.43        1,304.15
03/23     225.35          7.99     RBP MIP            1,811.79        1,521.51
03/23                   862.28     CITY TAX             949.51          659.23
04/23     225.35          7.99     RBP MIP            1,166.87          876.59
05/23     225.35          7.99     RBP MIP            1,384.23        1,093.95
06/23     225.35          7.99     RBP MIP            1,601.59        1,311.31
07/23     225.35          7.99     RBP MIP            1,818.95        1,528.67
08/23     225.35          7.99     RBP MIP            2,036.31        1,746.03
08/23               1,746.03       HAZARD                290.28             .00
09/23     225.35          7.99     RBP MIP              507.64          217.36
10/23     225.35          7.99     RBP MIP              725.00          434.72
11/23     225.35          7.99     RBP MIP              942.36          652.08
```

    THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS        942.35 . YOUR
    STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE        652.07 .

    THIS MEANS YOU HAVE A SURPLUS OF        290.28.   THIS SURPLUS MUST BE
    RETURNED TO YOU UNLESS IT IS LESS THAN $50, IN WHICH CASE WE HAVE THE
    ADDITIONAL OPTION OF KEEPING IT AND LOWERING YOUR PAYMENTS ACCORDINGLY.
    DUE TO THE DELINQUENT STATUS OF YOUR ACCOUNT, WE ARE HOLDING THE
    SURPLUS.

```
YOUR    MONTHLY     MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
        538.74 OF WHICH       313.39 WILL BE FOR PRINCIPAL AND
INTEREST AND       225.35 WILL GO INTO YOUR ESCROW ACCOUNT.

NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST            313.39
    ESCROW PAYMENT                    225.35
                                   --------------
NEW PAYMENT EFFECTIVE 12/01/22        538.74

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.
```