## IN THE UNITED STATES BANKRUPTCY COURT FOR
### EASTERN                DISTRICT OF PENNSYLVANIA
### PHILADELPHIA          DIVISION

In re

DIANE R OLIVER

Debtors.

In Chapter 13 Proceeding

Case No. 18-15842

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 9/6/2018 Docket Number 8 .

Dated: This 10 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

DAVID M OFFEN
Attorney

WILLIAM MILLERR
Chapter 13  Trustee

Dated:  This 10 <sup>th</sup> day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257