| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 18-15842-AMC

DIANE R OLIVER
112 E WELLENS AVENUE
PHILADELPHIA  PA    19120

Petition Filed Date: 09/05/2018
341 Hearing Date: 10/12/2018
Confirmation Date: 05/29/2019

Case Status: Completed on 7/31/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $491.00 | | 09/02/2022 | $491.00 | | 10/11/2022 | $491.00 | |
| 11/08/2022 | $491.00 | | 12/05/2022 | $491.00 | | 01/11/2023 | $491.00 | |
| 01/30/2023 | $491.00 | | 02/28/2023 | $491.00 | | 04/10/2023 | $491.00 | |
| 05/08/2023 | $491.00 | | 06/06/2023 | $491.00 | | 07/05/2023 | $491.00 | |
| 07/31/2023 | $491.00 | | | | | | | |

**Total Receipts for the Period: $6,383.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $28,025.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $520.59 | $511.12 | $9.47 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 008 | Unsecured Creditors | $279.00 | $273.92 | $5.08 |
| 5 | QUANTUM3 GROUP LLC as agent for<br>»» 005 | Unsecured Creditors | $789.88 | $775.50 | $14.38 |
| 6 | QUANTUM3 GROUP LLC as agent for<br>»» 006 | Unsecured Creditors | $49.98 | $36.30 | $13.68 |
| 7 | QUANTUM3 GROUP LLC as agent for<br>»» 007 | Unsecured Creditors | $498.48 | $489.41 | $9.07 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» 010 | Unsecured Creditors | $312.95 | $307.25 | $5.70 |
| 1 | MERRICK BANK<br>»» 001 | Unsecured Creditors | $1,612.69 | $1,583.34 | $29.35 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $654.14 | $642.24 | $11.90 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $1,282.18 | $1,282.18 | $0.00 |
| 12 | CITY OF PHILADELPHIA (LD)<br>»» 012 | Secured Creditors | $243.38 | $243.38 | $0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $525.50 | $515.94 | $9.56 |
| 2 | ROSWELL PROPERTIES, LLC, LTD<br>»» 002 | Secured Creditors | $15,000.00 | $15,000.00 | $0.00 |
| 13 | DAVID M OFFEN ESQUIRE<br>»» 013 | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |

Chapter 13 Case No. 18-15842-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,025.00 | Current Monthly Payment: | $491.00 |
| Paid to Claims: | $25,160.58 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,404.84 | Total Plan Base: | $28,514.00 |
| Funds on Hand: | $459.58 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.