United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 18-15842-amc
Diane R Oliver      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane R Oliver, 112 E Wellens Avenue, Philadelphia, PA 19120-3522 |
| 14191667 | + | Beverly C Miller, 102 Manheim Street, Philadelphia, PA 19144-3634 |
| 14191672 | + | Daniel Breen, 1420 Walnut Street, 2nd Floor, Philadelphia, PA 19102-4002 |
| 14191673 | + | David B Banks, Esq., 3038 CHURCH ROAD, Lafayette Hill, PA 19444-1717 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 24 2023 00:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 24 2023 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14228120 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 24 2023 01:03:54 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14270823 | | Email/Text: megan.harper@phila.gov | Aug 24 2023 00:51:00 | CITY OF PHILADELPHIA LAW DEPARTMENT, TAX & REVENUE UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1595 |
| 14191668 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 01:04:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14216237 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2023 01:03:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14191669 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2023 00:51:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14191670 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2023 00:51:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 14191671 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 24 2023 00:51:00 | Comenitybank/New York, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14191684 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2023 01:03:49 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14229664 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 00:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14213796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2023 01:03:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 18-15842-amc   Doc 76   Filed 08/25/23   Entered 08/26/23 00:32:58   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14191675 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 24 2023 01:03:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14191676 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 00:51:00 | Midland Credit Management, Inc., P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 14191677 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 00:51:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14191678 | + | Email/Text: CSCBNC@cscglobal.com | Aug 24 2023 00:51:00 | Midland Funding LLC, CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, Wilmington, DE 19808-1674 |
| 14218746 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 24 2023 00:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14191679 | | Email/Text: blegal@phfa.org | Aug 24 2023 00:51:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14591666 | ^ | MEBN | Aug 24 2023 00:47:35 | PHFA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14228393 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2023 01:04:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14192340 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 01:03:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14191680 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 24 2023 01:03:55 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14191681 | + | Email/Text: CSCBNC@cscglobal.com | Aug 24 2023 00:51:00 | Portfolio Recovery Associates, CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, Wilmington, DE 19808-1674 |
| 14225878 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 00:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14225880 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2023 00:51:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14191682 | + | Email/Text: gocadle@cadleco.com | Aug 24 2023 00:51:00 | Roswell Properties LLC Ltd, 100 N CENTER ST, Newton Falls, OH 44444-1321 |
| 14214815 | + | Email/Text: gocadle@cadleco.com | Aug 24 2023 00:51:00 | Roswell Properties, L.L.C., Ltd., 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14215729 | + | Email/Text: gocadle@cadleco.com | Aug 24 2023 00:51:00 | Roswell Properties, L.L.C., Ltd., Attention: 0L121660, 100 North Center Street, Newton Falls, OH 44444-1321 |
| 14191683 | + | Email/Text: EBankruptcy@UCFS.NET | Aug 24 2023 00:51:00 | United Consumer Financial Services, Attn: Bankruptcy, Po Box 856290, Louisville, KY 40285-6290 |
| 14191685 | | Email/Text: megan.harper@phila.gov | Aug 24 2023 00:51:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14191674 | | First Premier Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2023 | Form ID: 138OBJ | Total Noticed: 34 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Diane R Oliver dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Diane R Oliver

    Debtor(s)

Case No: 18−15842−amc

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/23/23

75 − 74
Form 138OBJ