# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Diane R. Oliver<br>        Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>        Movant<br>  vs.<br><br>Diane R. Oliver<br>        Debtor(s)<br><br>Scott F. Waterman<br>        Trustee | CHAPTER 13<br><br><br><br>NO. 18-15842 AMC<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Motion for Relief from Stay of Pennsylvania Housing Finance Agency, which was filed with the Court on or about April 21, 2023, Document number 65.

Dated: December 17, 2023

                                        Respectfully submitted,

                                        /s/Mark A. Cronin, Esquire
                                        Mark A. Cronin, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322
                                        mcronin@kmllawgroup.com