**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: Christine Bennett | | : | |
| | Debtor(s) | : | CHAPTER 13 |
| | | : | |
| U.S. Bank National Association, AS TRUSTEE, | | : | |
| | | : | |
| | Movant | : | NO. 19-11414 AMC |
| | | : | |
| vs. | | : | |
| | | : | |
| Christine Bennett | | : | |
| | Debtor(s) | : | |
| and | | : | |
| | | : | |
| Scott Waterman, | Trustee | : | |

**PRAECIPE TO WITHDRAW OBJECTION TO CERTIFICATE OF DEFAULT FILED BY U.S. BANK NATIONAL ASSOCIATION**

TO THE CLERK:

Kindly withdraw the Objection. Thank you.

s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
Attorney for Debtor

Dated: 5/25/2022