| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-11414-AMC**

CHRISTINE  BENNETT
6755 DOREL STREET
PHILADELPHIA  PA    19142

Petition Filed Date: 03/07/2019
341 Hearing Date: 04/26/2019
Confirmation Date: 10/16/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $183.00 | 1824204402 | 08/15/2022 | $183.00 | | 09/21/2022 | $183.00 | |
| 10/24/2022 | $183.00 | | 11/23/2022 | $183.00 | | 12/28/2022 | $183.00 | |
| 01/24/2023 | $183.00 | | 02/28/2023 | $183.00 | | 04/24/2023 | $183.00 | |

**Total Receipts for the Period:  $1,647.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,299.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $1,552.38 | $0.00 | $1,552.38 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,145.98 | $0.00 | $1,145.98 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $897.34 | $0.00 | $897.34 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $612.63 | $0.00 | $612.63 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $272.85 | $0.00 | $272.85 |
| 6 | NATIONSTAR MORTGAGE LLC<br>»» 006 | Mortgage Arrears | $8,096.87 | $6,342.29 | $1,754.58 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $452.35 | $0.00 | $452.35 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | PHFA-HEMAP<br>»» 009 | Mortgage Arrears | $800.00 | $611.67 | $188.33 |
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $600.00 | $600.00 | $0.00 |

Chapter 13 Case No. 19-11414-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,299.00 | Current Monthly Payment: | $181.66 |
| Paid to Claims: | $7,553.96 | Arrearages: | $1,058.02 |
| Paid to Trustee: | $730.07 | Total Plan Base: | $10,446.98 |
| Funds on Hand: | $14.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.